JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5/26/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAY 26 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GEORGE BRIDGETTE,

    Petitioner,

vs.

K. HARRINGTON,

    Respondent.

Case No. CV 09-3450-JSL (RNB)

**J U D G M E N T**

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: May 21, 2009

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 27 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE